## Commonwealth ex rel. Maloney *v.* Robinson et al., Appellants.

Argued April 16, 1969.
*Carol Mary Los,* Assistant District Attorney, with her *David J. Humphreys* and *Louis Abromson,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellants; *Hubert I. Teitelbaum,* with him *James K. O'Malley,* for appellee; *Stanford A. Segal,* with him *Gatz, Cohen & O'Brien,* for appellees; *Dennis C. Harrington,* with him *Harrington, Feeney & Schweers,* for appellees; *William G. Boyle,* with him *Frederick J. Francis,* and *Meyer, Unkovic & Scott,* for appellee.

Order affirmed.

## Commonwealth ex rel. Miller *v.* Miller, Appellant.

Argued June 12, 1969. *Robert James Jackson,* with him *Kassab, Cherry, Curran & Archbold,* for appellant; *Robert B. Surrick,* with him *Cramp & D'Iorio,* for appellee.

Order affirmed.